UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Anthony Guerrero<br><br><br>Debtor | Chapter 13<br>Bankruptcy No.20-10231-PMM |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 20th day of May, 2020, by first class mail upon those listed below:

Anthony Guerrero
1600 Lehigh Parkway East
Apt 11A
Allentown, PA  18103

**Electronically via CM/ECF System Only:**

McCRYSTAL LAW OFFICES
MICHAEL J McCRYSTAL ESQ
151 MAIN STREET SUITE A
EMMAUS, PA  18049

/s/ Deborah A. Earnshaw
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee