Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 20-10231-PMM**

Anthony Guerrero  
1600 Lehigh Parkway East  
Apt 11A  
Allentown  PA    18103

Petition Filed Date: 01/13/2020  
341 Hearing Date: 02/25/2020  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2020 | $375.00 | | 02/28/2020 | $375.00 | | 03/13/2020 | $375.00 | |
| 03/27/2020 | $375.00 | | 04/10/2020 | $375.00 | | 04/24/2020 | $375.00 | |
| 05/08/2020 | $375.00 | | 05/22/2020 | $375.00 | | 06/05/2020 | $400.00 | |
| 06/19/2020 | $400.00 | | 07/06/2020 | $400.00 | | 07/17/2020 | $400.00 | |
| 07/31/2020 | $400.00 | | | | | | | |

**Total Receipts for the Period: $5,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $5,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthony Guerrero | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,000.00 | Current Monthly Payment: | $800.00 |
| Paid to Claims: | $0.00 | Arrearages: | $600.00 |
| Paid to Trustee: | $480.48 | Total Plan Base: | $48,000.00 |
| Funds on Hand: | $4,519.52 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.