# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Anthony Guerrero**  
Debtor(s)

Case No. **20-10231**  
Chapter **13**

# PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal** declare that I am a resident of or employed in the County of **Lehigh**, Commonwealth of **Pennsylvania**. My address is **151 Main Street, STE 4, Emmaus, PA 18049** I am over the age of eighteen years of age and am not a party to this case.

On **October 30, 2020**, I served the Second Amended Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

AAFES  
Attn: Bankruptcy  
Po Box 650060  
Dallas, TX 75265

American Honda Finance  
Attn: Bankruptcy  
Po Box 168088  
Irving, TX 75016

Bbt Rcvry  
Attn: Bankruptcy  
Po Box 1847  
Wilson, NC 27894

Century Support Services  
2000 Commerce Loop  
Suite 2111  
Irwin, PA 15642

Chase Card Services  
Attn: Bankruptcy  
Po Box 15298  
Wilmington, DE 19850

Citibank  
Attn: Recovery/Centralized Bankruptcy  
Po Box 790034  
St Louis, MO 63179

FedLoan Servicing  
Attn: Bankruptcy  
Po Box 69184  
Harrisburg, PA 17106

FedLoan Servicing  
Attn: Bankruptcy  
Po Box 69184  
Harrisburg, PA 17106

FedLoan Servicing  
Attn: Bankruptcy  
Po Box 69184  
Harrisburg, PA 17106

Freedom Plus  
Attn: Bankruptcy  
Po Box 2340  
Phoenix, AZ 85002

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101-7346

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Military Star/The Exchange
PO Box 740890
Cincinnati, OH 45274-0890

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Pay Pal Credit
PO Box 5138
Lutherville Timonium, MD 21094

Santander Bank
Attn: Bankruptcy
10-64-38-Fd7   601 Penn St
Reading, PA 19601

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio,, TX 78288

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **October 30, 2020**.

_____
Signature