**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Anthony Guerrero,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 20-10231 PMM** |

# O R D E R

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held held in this matter on January 7, 2021,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

*Patricia M. Mayer*

**Date: January 7, 2021**

**HON. PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**