Jay Lanes/Talks Tavern/TNT Laser Tag
90 Pine Lane
GILBERTSVILLE PA 19525-9117

Pay Stub Detail
PAY DATE: 03/22/2021
NET PAY: $376.91

Richard L. Lichtley
332 Old River Rd
BIRDSBORO PA 19508-8531

**EMPLOYER**
Jay Lanes/Talks Tavern/TNT Laser Tag
90 Pine Lane
GILBERTSVILLE PA 19525-9117

**PAY PERIOD**
Period Beginning: 03/11/2021
Period Ending: 03/17/2021
Pay Date: 03/22/2021

**EMPLOYEE**
Richard L. Lichtley
332 Old River Rd
BIRDSBORO PA 19508-8531

| BENEFITS | Used | Available |
|---|---|---|
| Vacation | 0.00 | 80.00 |

| NET PAY: | | $376.91 |
|---|---|---|
| Acct#: 5302 | | $376.91 |

MEMO:

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 625.00 | 6,562.50 |
| Paycheck Tips | - | - | 0.00 | 2.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| AFLAC | 9.30 | 102.30 |
| Health Insurance | 100.00 | 700.00 |
| LST | 1.00 | 11.00 |
| Life Insurance | 2.08 | 22.88 |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 62.06 | 645.40 |
| Social Security | 38.75 | 407.00 |
| Medicare | 9.07 | 95.19 |
| PA Income Tax | 19.19 | 201.55 |
| PA SUI Employee | 0.38 | 3.99 |
| Robeson TWP | 3.13 | 32.87 |
| Twin Valley SD PSD 151003 | 3.13 | 32.87 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $625.00 | $6,564.50 |
| Taxes | $135.71 | $1,418.87 |
| Deductions | $112.38 | $836.18 |
| Net Pay | $376.91 | |