**United States Bankruptcy Court**
Eastern District of Pennsylvania

| In re | Anthony Guerrero | | Case No. | 20-10231 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 13 |

# PROOF OF SERVICE BY MAIL

I, Michael J. McCrystal, declare that I am a resident of or employed in the County of **Lehigh**, State of **Pennsylvania**. My address is **151 Main Street, STE A, Emmaus, PA 18049**. I am over the age of eighteen years of age and am not a party to this case.

On **March 24, 2021**, I served the Fourth Amended Plan on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

AAFES
Attn: Bankruptcy
Po Box 650060
Dallas, TX 75265

American Honda Finance
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016

Bbt Rcvry
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894

Century Support Services
2000 Commerce Loop
Suite 2111
Irwin, PA 15642

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Citibank
Attn: Recovery/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106

Freedom Plus
Attn: Bankruptcy
Po Box 2340
Phoenix, AZ 85002

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Military Star/The Exchange
PO Box 740890
Cincinnati, OH 45274-0890

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Pay Pal Credit
PO Box 5138
Lutherville Timonium, MD 21094

Santander Bank
Attn: Bankruptcy
10-64-38-Fd7   601 Penn St
Reading, PA 19601

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio,, TX 78288

I declare under that the foregoing is true and correct, and that this declaration was executed on **March 24, 2021**.

_____
Signature