UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| ANTHONY GUERRERO | : | Bankruptcy No. 20-10231PMM |
| Debtor(s) | : | |

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>APRIL 29, 2021</u> at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

Respectfully submitted,

Date: March 25, 2021

*/s/ Scott F. Waterman*
Scott F. Waterman, Esq.,
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410
Telephone: (610) 779-1313