United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10231-pmm |
| Anthony Guerrero | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 26, 2021 | Form ID: 152 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony Guerrero, 1600 Lehigh Parkway East, Apt 11A, Allentown, PA 18103-3081 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14470353 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14451610 | + | Century Support Services, 2000 Commerce Loop, Suite 2111, Irwin, PA 15642-8113 |
| 14451613 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14460831 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14451619 | + | Jacqueline Guerrero, 1615 Brookside Lane, Macungie, PA 18062-9732 |
| 14451618 | + | Jacqueline Guerrero, 1615 Brookside Road, Macungie, PA 18062-9732 |
| 14451623 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14454216 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14453641 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14474563 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14451628 | + | Regency Towers, 1600 Lehigh Parkway, Allentown, PA 18103-3032 |
| 14451629 | + | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14451631 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2021 05:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 27 2021 05:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14451608 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 27 2021 05:02:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14452608 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 27 2021 05:02:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14451609 | + | Email/Text: bankruptcy@bbandt.com | Mar 27 2021 05:01:00 | Bbt Rcvry, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 14487167 | | Email/Text: BankruptcyNotices@aafes.com | Mar 27 2021 05:01:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 14451607 | | Email/Text: BankruptcyNotices@aafes.com | Mar 27 2021 05:01:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 14451612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2021 04:45:17 | Citibank, Attn: Recovery/Centralized Bankruptcy, |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Mar 26, 2021 | Form ID: 152 | Total Noticed: 38

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 790034, St Louis, MO 63179-0034 |
| 14451616 | | Email/Text: bk@freedomfinancialnetwork.com | Mar 27 2021 05:01:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 14451617 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2021 05:01:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14451611 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 27 2021 04:34:07 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14451621 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 27 2021 05:01:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14477621 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2021 04:45:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14451622 | | Email/Text: BankruptcyNotices@aafes.com | Mar 27 2021 05:01:00 | Military Star/The Exchange, PO Box 740890, Cincinnati, OH 45274-0890 |
| 14451624 | + | Email/PDF: pa_dc_claims@navient.com | Mar 27 2021 04:44:56 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14465287 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Mar 27 2021 05:01:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 14451627 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 04:34:07 | Pay Pal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14451630 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 04:54:24 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14482253 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 27 2021 04:44:50 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14451614 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14451615 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14451620 | *+ | Jacqueline Guerrero, 1615 Brookside Lane, Macungie, PA 18062-9732 |
| 14451625 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14451626 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021 | Signature: | /s/Joseph Speetjens

District/off: 0313-4                          User: admin                                Page 3 of 3
Date Rcvd: Mar 26, 2021                       Form ID: 152                            Total Noticed: 38

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL J. MCCRYSTAL | |
| | on behalf of Debtor Anthony Guerrero mccrystallaw@gmail.com  sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | |
| | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Anthony Guerrero

     Debtor(s)                                     Case No: 20−10231−pmm

                                                       Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*


To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the
Honorable Patricia M. Mayer

, United States Bankruptcy Court 4/29/21 at 10:00 AM , in 201 Penn Street, 4th Floor, Reading,
PA 19601




                                                For The Court

                                                Timothy B. McGrath
                                                  Clerk of Court