United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10231-pmm |
| Anthony Guerrero | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 29, 2021 | Form ID: 155 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anthony Guerrero, 1600 Lehigh Parkway East, Apt 11A, Allentown, PA 18103-3081 |
| 14470353 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14451610 | + | Century Support Services, 2000 Commerce Loop, Suite 2111, Irwin, PA 15642-8113 |
| 14451613 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14460831 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14451619 | + | Jacqueline Guerrero, 1615 Brookside Lane, Macungie, PA 18062-9732 |
| 14451618 | + | Jacqueline Guerrero, 1615 Brookside Road, Macungie, PA 18062-9732 |
| 14451623 | + | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14454216 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14453641 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14474563 | + | Nationstar Mortgage LLC dba Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14451628 | + | Regency Towers, 1600 Lehigh Parkway, Allentown, PA 18103-3032 |
| 14451629 | + | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14451631 | + | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14451608 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 30 2021 02:12:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14452608 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 30 2021 02:12:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14451609 | + | Email/Text: bankruptcy@bbandt.com | Apr 30 2021 02:12:00 | Bbt Rcvry, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 14451607 | | Email/Text: BankruptcyNotices@aafes.com | Apr 30 2021 02:12:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265 |
| 14487167 | | Email/Text: BankruptcyNotices@aafes.com | Apr 30 2021 02:12:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236 |
| 14451612 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 30 2021 02:29:20 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14451616 | | Email/Text: bk@freedomfinancialnetwork.com | Apr 30 2021 02:12:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 14451617 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 30 2021 02:12:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14451611 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 30 2021 02:30:56 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14451621 | + | Email/Text: PBNCNotifications@peritusservices.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 30 2021 02:12:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14477621 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2021 02:29:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14451622 | | Email/Text: BankruptcyNotices@aafes.com | Apr 30 2021 02:12:00 | Military Star/The Exchange, PO Box 740890, Cincinnati, OH 45274-0890 |
| 14451624 | + | Email/PDF: pa_dc_claims@navient.com | Apr 30 2021 02:30:58 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14465287 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Apr 30 2021 02:12:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 14451627 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 30 2021 02:29:15 | Pay Pal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14451630 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 30 2021 02:29:15 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14482253 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 30 2021 02:30:56 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14451614 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14451615 | *+ | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14451620 | *+ | Jacqueline Guerrero, 1615 Brookside Lane, Macungie, PA 18062-9732 |
| 14451625 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14451626 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 01, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Anthony Guerrero mccrystallaw@gmail.com sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 29, 2021 | Form ID: 155 | Total Noticed: 31 |

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Anthony Guerrero
        Debtor(s)

Chapter: 13

Bankruptcy No: 20−10231−pmm

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 29th of April 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                      Patricia M. Mayer
                                                      Judge ,
                                                      United States Bankruptcy Court

                                                                                               41
                                                                                              Form 155