# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   **Anthony Guerrero**                                     Case No.  **20-10231**

                                    Debtor(s)                    Chapter   **13**

# PROOF OF SERVICE BY MAIL

I, **Michael J. McCrystal, Esquire**, declare that I am a resident of or employed in the County of **Lehigh**, State of **Pennsylvania**. My address is **151 Main Street, STE A, Emmaus, PA 18049** I am over the age of eighteen years of age and am not a party to this case.

On **May 21, 2021**, I served the Notice of Application for Professional Compensation on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

| |
|---|
| AAFES<br>Attn: Bankruptcy<br>Po Box 650060<br>Dallas, TX 75265 |
| American Honda Finance<br>Attn: Bankruptcy<br>Po Box 168088<br>Irving, TX 75016 |
| Bbt Rcvry<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC 27894 |
| Century Support Services<br>2000 Commerce Loop<br>Suite 2111<br>Irwin, PA 15642 |
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 |
| Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179 |
| FedLoan Servicing<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106 |
| FedLoan Servicing<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106 |
| FedLoan Servicing<br>Attn: Bankruptcy<br>Po Box 69184<br>Harrisburg, PA 17106 |
| Freedom Plus<br>Attn: Bankruptcy<br>Po Box 2340<br>Phoenix, AZ 85002 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohls/Capital One |

Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Military Star/The Exchange
PO Box 740890
Cincinnati, OH 45274-0890

Mr. Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773

Pay Pal Credit
PO Box 5138
Lutherville Timonium, MD 21094

Santander Bank
Attn: Bankruptcy
10-64-38-Fd7   601 Penn St
Reading, PA 19601

Syncb/PPC
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

USAA Federal Savings Bank
Attn: Bankruptcy
10750 Mcdermott Freeway
San Antonio,, TX 78288

_____
Signature