| | | |
|---|---|---|
| IN RE:  Anthony Guerrero | : | IN THE UNITED STATES |
| | : | BANKRUPTCY COURT FOR |
| Debtors. | : | THE EASTERN DISTRICT OF |
| | : | PENNSYLVANIA |
| | : | |
| | : | CASE No. 20-10231-PMM |

CERTIFICATE OF NON-RESPONSE

    I, Michael J. McCrystal, Esquire, hereby certify that as of this date, I have received no answer, objection or other responsive pleading to Motion for Professional Compensation. The undersigned further certifies that he has reviewed the Court's Docket in this case and that no Answer, Objection or other responsive pleading appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than June 12, 2021.

    It is hereby respectfully requested that the Order attached to the Motion for Professional Compensation be entered at the earliest convenience.

Dated: June 14, 2021

                                                     Respectfully submitted,
                                                     /S/Michael J. McCrystal

                                                   _____
                                                   Michael J. McCrystal, Esquire
                                                   151 Main Street, STE A
                                                   Emmaus, PA 18049
                                                   (610) 262-7873
                                                   Attorney for the Debtor