IN RE:  Anthony Guerrero

    Debtor

IN THE UNITED STATES
BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA

CASE NO. 20-10231-pmm
Chapter 13

## *ORDER*

AND NOW, upon consideration of the Application for Compensation filed by the debtor's counsel and upon certification that proper service has been made on all interested parties and upon certification of no response,

IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand four hundred fifty dollars and zero cents  $3,900.00, less the sum of 1,550.00 already received, for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. The Chapter 13 Trustee is authorized to distribute this sum to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. §330 (a)(4)(B) to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Dated: 6/15/21

BY THE COURT:

*Patricia M. Mayer*
_____
Hon. Patricia M. Mayer
U. S. Bankruptcy Judge