United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 20-10231-pmm

Anthony Guerrero  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Anthony Guerrero, 1600 Lehigh Parkway East, Apt 11A, Allentown, PA 18103-3081 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Anthony Guerrero mccrystallaw@gmail.com sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-4 User: admin Page 2 of 2
Date Rcvd: Jun 17, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5

IN RE: Anthony Guerrero

    Debtor

IN THE UNITED STATES
BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA

CASE NO. 20-10231-pmm
Chapter 13

## ORDER

AND NOW, upon consideration of the Application for Compensation filed by the debtor's counsel and upon certification that proper service has been made on all interested parties and upon certification of no response,

IT IS ORDERED:

1. Michael J. McCrystal, Esquire is allowed a fee in the amount of three thousand four hundred fifty dollars and zero cents $3,900.00, less the sum of 1,550.00 already received, for services rendered as set forth in the FINAL Application for Approval of Professional Compensation.

2. The Chapter 13 Trustee is authorized to distribute this sum to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. § 507, 11 U.S.C. § 503(b) and 11 U.S.C. §330 (a)(4)(B) to the extent such distribution is authorized under the terms of the confirmed Chapter 13 Plan.

Dated: 6/15/21

BY THE COURT:

*Patricia M. Mayer*

_____
Hon. Patricia M. Mayer
U. S. Bankruptcy Judge