| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-10231-PMM**

Anthony Guerrero
1600 Lehigh Parkway East
Apt 11A
Allentown  PA    18103

Petition Filed Date: 01/13/2020
341 Hearing Date: 02/25/2020
Confirmation Date: 04/29/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/14/2020 | $375.00 | | 02/28/2020 | $375.00 | | 03/13/2020 | $375.00 | |
| 03/27/2020 | $375.00 | | 04/10/2020 | $375.00 | | 04/24/2020 | $375.00 | |
| 05/08/2020 | $375.00 | | 05/22/2020 | $375.00 | | 06/05/2020 | $400.00 | |
| 06/19/2020 | $400.00 | | 07/06/2020 | $400.00 | | 07/17/2020 | $400.00 | |
| 07/31/2020 | $400.00 | | 08/14/2020 | $400.00 | | 08/28/2020 | $400.00 | |
| 09/14/2020 | $400.00 | | 09/25/2020 | $500.00 | | 10/09/2020 | $500.00 | |
| 10/23/2020 | $500.00 | | 11/06/2020 | $500.00 | | 11/20/2020 | $500.00 | |
| 12/04/2020 | $500.00 | | 12/18/2020 | $500.00 | | 01/05/2021 | $500.00 | |
| 01/15/2021 | $500.00 | | 01/29/2021 | $500.00 | | 02/12/2021 | $500.00 | |
| 03/01/2021 | $500.00 | | 03/12/2021 | $500.00 | | 03/26/2021 | $500.00 | |
| 04/09/2021 | $500.00 | | 04/23/2021 | $500.00 | | 05/07/2021 | $500.00 | |
| 05/21/2021 | $500.00 | | 06/07/2021 | $500.00 | | | | |

**Total Receipts for the Period: $15,700.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthony Guerrero | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FREEDOM FINANCIAL ASSET MGMT LLC<br>»» 002 | Unsecured Creditors | $43,263.52 | $6,808.54 | $36,454.98 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $1,173.79 | $184.72 | $989.07 |
| 4 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»» 004 | Unsecured Creditors | $774.15 | $121.83 | $652.32 |
| 5 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»» 005 | Unsecured Creditors | $871.79 | $137.20 | $734.59 |
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $426.23 | $67.08 | $359.15 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $2,611.98 | $2,611.98 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $5.98 | $0.00 | $5.98 |
| 9 | NATIONSTAR MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $93.64 | $93.64 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $2,875.37 | $452.51 | $2,422.86 |

**Chapter 13 Case No. 20-10231-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $3,922.83 | $617.35 | $3,305.48 |
| 12 | ARMY & AIR FORCE EXCHANGE SERVICES<br>»» 011 | Unsecured Creditors | $2,406.60 | $378.74 | $2,027.86 |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $2,450.00 | $0.00 | $2,450.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,700.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $11,473.59 | Arrearages: | ($1,000.00) |
| Paid to Trustee: | $1,325.48 | Total Plan Base: | $58,700.00 |
| Funds on Hand: | $2,900.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.