

February 9, 2022

#BWCDMPG
#23315926# BK
US Bankruptcy Court
Eastern District of Pennsylvania
The Gateway Building 201
Penn Street, Suite 103
Reading, PA 19601


RE:  Anthony Guerrero
     Case #20-10231
     Claim #4


Dear Sir or Madam:

On February 10, 2020, Proof of Claim #4 was filed in the amount of $774.15.  Please accept this letter as a formal request to withdraw Proof of Claim #4, to the extent that has not been paid.

If you have questions, please contact us at 800-874-8982.

Thank you in advance for your assistance.

Sincerely,

/s/ Jeanine Peterson
Bankruptcy Administration
Ascendium Education Solutions, Inc.
PO Box 8961
Madison WI  53708-8961
Phone: 800-874-8982
Email:  GA-Bankmail@AscendiumEducation.org

Ascendium Education Solutions, Inc.
38 Buttonwood Court
Madison, Wisconsin 53718
608.733.2500 | ascendiumeducation.org