| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 20-10231-PMM**

Anthony Guerrero
1600 Lehigh Parkway East
Apt 11A
Allentown  PA    18103

Petition Filed Date: 01/13/2020
341 Hearing Date: 02/25/2020
Confirmation Date: 04/29/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/09/2021 | $500.00 | | 04/23/2021 | $500.00 | | 05/07/2021 | $500.00 | |
| 05/21/2021 | $500.00 | | 06/07/2021 | $500.00 | | 06/18/2021 | $500.00 | |
| 07/02/2021 | $500.00 | | 07/16/2021 | $500.00 | | 07/30/2021 | $500.00 | |
| 08/13/2021 | $500.00 | | 08/27/2021 | $500.00 | | 09/13/2021 | $500.00 | |
| 09/28/2021 | $500.00 | | 10/08/2021 | $500.00 | | 10/22/2021 | $500.00 | |
| 11/05/2021 | $500.00 | | 11/22/2021 | $500.00 | | 12/06/2021 | $500.00 | |
| 12/20/2021 | $500.00 | | 01/03/2022 | $500.00 | | 01/18/2022 | $500.00 | |
| 01/28/2022 | $500.00 | | 02/11/2022 | $500.00 | | 02/28/2022 | $500.00 | |
| 03/11/2022 | $500.00 | | 03/30/2022 | $500.00 | | 04/08/2022 | $500.00 | |
| 04/25/2022 | $500.00 | | 05/06/2022 | $500.00 | | 05/20/2022 | $500.00 | |
| 06/06/2022 | $500.00 | | 06/17/2022 | $500.00 | | 07/01/2022 | $500.00 | |
| 07/15/2022 | $500.00 | | 07/29/2022 | $500.00 | | | | |

**Total Receipts for the Period: $17,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthony Guerrero | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FREEDOM FINANCIAL ASSET MGMT LLC<br>»» 002 | Unsecured Creditors | $43,263.52 | $17,672.57 | $25,590.95 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $1,173.79 | $479.48 | $694.31 |
| 4 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»» 004 | Unsecured Creditors | $230.59 | $230.59 | $0.00 |
| 5 | NAVIENT SOLUTIONS, LLC ON BEHALF OF<br>»» 005 | Unsecured Creditors | $259.70 | $259.70 | $0.00 |
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $426.23 | $166.85 | $259.38 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 07P | Priority Crediors | $2,611.98 | $2,611.98 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 07U | Unsecured Creditors | $5.98 | $0.00 | $5.98 |
| 9 | NATIONSTAR MORTGAGE LLC<br>»» 008 | Mortgage Arrears | $93.64 | $93.64 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $2,875.37 | $1,174.54 | $1,700.83 |

**Chapter 13 Case No. 20-10231-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | SYNCHRONY BANK<br>»» 010 | Unsecured Creditors | $3,922.83 | $1,602.40 | $2,320.43 |
| 12 | ARMY & AIR FORCE EXCHANGE SERVICES<br>»» 011 | Unsecured Creditors | $2,406.60 | $983.06 | $1,423.54 |
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $2,350.00 | $2,350.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,700.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $27,624.81 | Arrearages: | ($2,000.00) |
| Paid to Trustee: | $2,605.48 | Total Plan Base: | $58,700.00 |
| Funds on Hand: | $469.71 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.