Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-10231-PMM**

Anthony Guerrero  
1600 Lehigh Parkway East  
Apt 11A  
Allentown  PA    18103

Petition Filed Date: 01/13/2020  
341 Hearing Date: 02/25/2020  
Confirmation Date: 04/29/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/12/2022 | $500.00 | | 08/26/2022 | $500.00 | | 09/12/2022 | $500.00 | |
| 09/23/2022 | $500.00 | | 10/07/2022 | $500.00 | | 10/24/2022 | $500.00 | |
| 11/04/2022 | $500.00 | | 11/21/2022 | $500.00 | | 12/02/2022 | $500.00 | |
| 12/19/2022 | $500.00 | | 01/03/2023 | $500.00 | | 01/13/2023 | $500.00 | |
| 01/27/2023 | $500.00 | | 02/10/2023 | $500.00 | | 02/27/2023 | $500.00 | |
| 03/10/2023 | $500.00 | | 03/24/2023 | $500.00 | | 04/07/2023 | $500.00 | |
| 04/24/2023 | $500.00 | | 05/05/2023 | $500.00 | | 05/19/2023 | $500.00 | |
| 06/05/2023 | $500.00 | | 06/16/2023 | $500.00 | | 06/30/2023 | $500.00 | |
| 07/14/2023 | $500.00 | | 07/28/2023 | $500.00 | | | | |

**Total Receipts for the Period: $13,000.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $43,700.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthony Guerrero | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FREEDOM FINANCIAL ASSET MANAGEMENT »» 002 | Unsecured Creditors | $43,263.52 | $27,209.51 | $16,054.01 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $1,173.79 | $738.22 | $435.57 |
| 4 | NAVIENT SOLUTIONS, LLC ON BEHALF OF »» 004 | Unsecured Creditors | $230.59 | $230.59 | $0.00 |
| 5 | NAVIENT SOLUTIONS, LLC ON BEHALF OF »» 005 | Unsecured Creditors | $259.70 | $259.70 | $0.00 |
| 6 | CAPITAL ONE NA »» 006 | Unsecured Creditors | $426.23 | $268.04 | $158.19 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $2,611.98 | $2,611.98 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $5.98 | $0.00 | $5.98 |
| 9 | NATIONSTAR MORTGAGE LLC »» 008 | Mortgage Arrears | $93.64 | $93.64 | $0.00 |
| 10 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $2,875.37 | $1,808.38 | $1,066.99 |
| 11 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $3,922.83 | $2,467.14 | $1,455.69 |

**Chapter 13 Case No. 20-10231-PMM**

| 12 | ARMY & AIR FORCE EXCHANGE SERVICES »» 011 | Unsecured Creditors | $2,406.60 | $1,513.57 | $893.03 |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $2,350.00 | $2,350.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,700.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $39,550.77 | Arrearages: | ($3,000.00) |
| Paid to Trustee: | $3,690.48 | Total Plan Base: | $58,700.00 |
| Funds on Hand: | $458.75 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.