Certificate Number: 13858-PAE-DE-038381385

Bankruptcy Case Number: 20-10231



13858-PAE-DE-038381385

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 15, 2024, at 4:55 o'clock PM EDT, Anthony Guerrero completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 15, 2024             By:    /s/Wendel Ruegsegger

                                   Name:  Wendel Ruegsegger

                                   Title: Counselor