Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-10231-PMM

Anthony Guerrero
1600 Lehigh Parkway East
Apt 11A
Allentown PA    18103

Petition Filed Date: 01/13/2020
341 Hearing Date: 02/25/2020
Confirmation Date: 04/29/2021

Case Status: Completed on 7/26/2024

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2023 | $500.00 | | 08/25/2023 | $500.00 | | 09/11/2023 | $500.00 | |
| 09/22/2023 | $500.00 | | 10/06/2023 | $500.00 | | 10/23/2023 | $500.00 | |
| 11/03/2023 | $600.00 | | 11/21/2023 | $600.00 | | 12/01/2023 | $600.00 | |
| 12/15/2023 | $600.00 | | 01/02/2024 | $600.00 | | 01/12/2024 | $600.00 | |
| 01/26/2024 | $600.00 | | 02/09/2024 | $600.00 | | 02/26/2024 | $600.00 | |
| 03/08/2024 | $600.00 | | 03/22/2024 | $600.00 | | 04/05/2024 | $600.00 | |
| 04/19/2024 | $600.00 | | 05/03/2024 | $600.00 | | 05/20/2024 | $600.00 | |
| 06/03/2024 | $600.00 | | 06/14/2024 | $600.00 | | 06/28/2024 | $600.00 | |
| 07/12/2024 | $600.00 | | 07/26/2024 | $600.00 | | | | |

**Total Receipts for the Period: $15,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $58,700.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthony Guerrero | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | FREEDOM FINANCIAL ASSET MANAGEMENT »» 002 | Unsecured Creditors | $43,263.52 | $38,390.53 | $4,872.99 |
| 3 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $1,173.79 | $1,041.57 | $132.22 |
| 4 | NAVIENT SOLUTIONS, LLC ON BEHALF OF »» 004 | Unsecured Creditors | $230.59 | $230.59 | $0.00 |
| 5 | NAVIENT SOLUTIONS, LLC ON BEHALF OF »» 005 | Unsecured Creditors | $259.70 | $259.70 | $0.00 |
| 6 | CAPITAL ONE NA »» 006 | Unsecured Creditors | $426.23 | $378.21 | $48.02 |
| 7 | UNITED STATES TREASURY (IRS) »» 07P | Priority Crediors | $2,611.98 | $2,611.98 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS) »» 07U | Unsecured Creditors | $5.98 | $5.30 | $0.68 |
| 9 | NATIONSTAR MORTGAGE LLC »» 008 | Mortgage Arrears | $93.64 | $93.64 | $0.00 |
| 10 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $2,875.37 | $2,551.49 | $323.88 |
| 11 | SYNCHRONY BANK »» 010 | Unsecured Creditors | $3,922.83 | $3,480.97 | $441.86 |

**Chapter 13 Case No. 20-10231-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 12 | ARMY & AIR FORCE EXCHANGE SERVICES »» 011 | Unsecured Creditors | $2,406.60 | $2,135.53 | $271.07 |
| 0 | MICHAEL J McCRYSTAL ESQ | Attorney Fees | $2,350.00 | $2,350.00 | $0.00 |
| 13 | BBT RECOVERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | CENTURY SUPPORT SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | FEDLOAN SERVICING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | MILITARY STAR/THE EXCHANGE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | SANTANDER BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | PAYPAL CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,700.00 | Current Monthly Payment: | $1,000.00 |
| Paid to Claims: | $53,529.51 | Arrearages: | $0.00 |
| Paid to Trustee: | $5,170.49 | Total Plan Base: | $58,700.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.