**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Anthony Guerrero** | **Debtor(s)** | **BK NO. 20-10231 PMM** |
| **Nationstar Mortgage LLC** vs. | **Movant** | **Chapter 13** <br> **Related to Claim No. 8-1** |
| **Anthony Guerrero** | **Debtor(s)** | |
| **Scott F. Waterman**, | **Trustee** | |

**CERTIFICATE OF SERVICE
NOTICE OF MORTGAGE PAYMENT CHANGE**

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 22, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Anthony Guerrero
1600 Lehigh Parkway East
Apt 11A
Allentown, PA 18103

Attorney for Debtor(s)
MICHAEL J. MCCRYSTAL, ESQUIRE
151 Main Street
Suite A
Emmaus, PA 18049

Trustee
Scott F. Waterman
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

Method of Service: electronic means or first class mail

Dated: December 22, 2022

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com